UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

                                                    Chapter 13

                **xxx-xx-**
                **xxx-xx-**                  Case No.

                                  Debtor(s)
------------------------------------------------------------x

# **CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS**

    JEFFREY L. SAPIR, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York

                                                                         Jeffrey L. Sapir
                                                                         Chapter 13 Trustee
                                                                         399 Knollwood Road
                                                                         White Plains, New York 10603
                                                                         914-328-6333

DSH New Law 10/17/05

UNITED STATES BANKRUPTCY COURT                                          FORM 1
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:

               **xxx-xx-**           Chapter 13
               **xxx-xx-**

                                             Case No.
               Debtor(s)
-------------------------------------------------------------x

## DEBTOR'S REQUEST FOR ENTRY OF DISCHARGE and CERTIFICATION REGARDING PLAN COMPLETION

The Debtor makes the following certifications regarding the completion of the plan:

1. I have satisfied all plan requirements.

2. I have completed the post-petition Financial Management Course. (The certificate of completion must be filed with the Court before the Court can issue the Discharge)

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

_____                                    _____
     Date                                                                            Sign

_____                                    _____
     Date                                                                            Sign

Page 2 of 4

B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____ **District Of** _____

In re _____      Case No. _____
    **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____          _____
                Date                                          Debtor

B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_____ **District Of** _____

In re _____    Case No. _____
        **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____           _____
    Date                     Debtor